## SCOTT T. STURGEON *v.* JEFFREY STURGEON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 114 Conn. App. 682 (AC 29619), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*William S. Palmieri,* in support of the petition.

*Edward W. Gasser,* in opposition.

Decided July 16, 2009

## JOHN VIVO III *v.* COMMISSIONER OF CORRECTION

The petitioner John Vivo III's petition for certification for appeal from the Appellate Court, 115 Conn. App. 901 (AC 29561), is denied.

*James M. Fox,* special public defender, in support of the petition.

Decided July 16, 2009

## STATE OF CONNECTICUT *v.* SUSAN I. HAMILTON

The petition by the proposed intervenors Anthony Lazzari and Kimberly Albright-Lazzari for certification for appeal from the Appellate Court (AC 30930) is denied.

*Anthony Lazzari,* pro se, and *Kimberly Albright-Lazzari,* pro se, in support of the petition.

*Michael G. Tansley,* in opposition.

Decided July 16, 2009